DRY, aplte.—C. D. San Juan. Daños y perjuicios. Julio 11, 1928.

No. 3637.—PUEBLO, apldo., v. VELÁZQUEZ, aplte.—C. D. Arecibo. Hurto de menor cuantía. Julio 11, 1928.

No. 3638.—PUEBLO, apldo., v. DÁVILA, aplte.—C. D. San Juan. Acometimiento y agresión. Julio 16, 1928.

No. 729.—ALEMAR, recurrente, v. REGISTRADOR DE MAYAGÜEZ, recurrido. Recurso gubernativo. Julio 21, 1928.

No. 4692.—MALDONADO, apldo., v. G. R. NEWMAN & Co., aplte.—C. D. Ponce. Daños y perjuicios. Julio 30, 1928.

No. 4697.—EX PARTE ISIDRO FERNÁNDEZ, peticionario aplte. —C. D. Arecibo. Expediente de dominio. Julio 31, 1928.

No. 3697.—PUEBLO, apldo., v. UGARTE, aplte.—C. D. San Juan. Juegos prohibidos. Nov. 14, 1928.

No. 3700.—PUEBLO, apldo., v. VARELA ET AL., apltes.—C. D. San Juan. Escalamiento en primer grado. Nov. 19, 1928.

No. 3642.—PUEBLO, apldo., v. PÉREZ, aplte.—C. D. San Juan. Homicidio voluntario. Nov. 22, 1928.

No. 3642.—PUEBLO, apldo., v. PÉREZ, aplte.—C. D. San Juan. Portar armas. Nov. 22, 1928.

No. 3707.—PUEBLO, apldo., v. RODRÍGUEZ, aplte.—C. D. Ponce. Portar armas. Nov. 26, 1928.

No. 3711.—PUEBLO, apldo., v. DÍAZ y GARCÍA, apltes.—C. D. Arecibo. Homicidio. Nov. 30, 1928.

No. 3754.—PUEBLO, apldo., v. ARROYO, aplte.—C. D. Aguadilla. Hurto menor. Dic. 28, 1928.

No. 3485.—PUEBLO, apldo., v. CORREA, aplte.—C. D. San Juan. Portar armas. Abril 24, 1928.

No. 3482.—PUEBLO, apldo., v. NÚÑEZ, aplte.—C. D. Aguadilla. Daños maliciosos. Abril 24, 1928.

No. 3483.—PUEBLO, apldo., v. ROMÁN, aplte.—C. D. Aguadilla. Acometimiento y agresión grave. Abril 24, 1928.